1  MORGAN, LEWIS & BOCKIUS LLP
   ROBERT JON HENDRICKS (SBN 179751)
2  One Market, Spear Street Tower
   San Francisco, CA 94105
3  Tel: 415.442.1000
   Fax: 415.442.1000
4  Email: rhendricks@morganlewis.com

5  MORGAN, LEWIS & BOCKIUS LLP
   CLIFFORD D. SETHNESS (SBN 212975)
6  LARRY M. LAWRENCE (SBN 232720)
   300 South Grand Avenue
7  Twenty-Second Floor
   Los Angeles, CA  90071-3132
8  Tel:  213.612.2500
   Fax:  213.612.2501
9  Email: llawrence@morganlewis.com

10 Attorneys for Defendant
   PACIFIC MARITIME ASSOCIATION

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  STEPHANIE ALEXANDER, on behalf of herself and all others similarly situated, | Case No. CV 13-3296 WHO |
| 16 | **STIPULATION AND ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |
| 17              Plaintiffs, | |
| 18      vs. | Complaint Filed:    July 16, 2013 |
| 19  PACIFIC MARITIME ASSOCIATION; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION; INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 10; and DOES 1 through 100, | Trial Date:         None |
| 20 | |
| 21 | |
| 22              Defendants. | |

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles

STIPULATION AND ORDER CONTINUING
DATE OF INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. CV 13-3296 WHO

PMA_Alexander - Jt Stip

Pursuant to Civil Local Rules 7-12 and 16-2(d) of the Northern District of California, Plaintiff Stephanie Alexander ("Plaintiff"), Defendant Pacific Maritime Association ("PMA"), Defendant International Longshore and Warehouse Union ("ILWU") and Defendant ILWU Local 10 (collectively, the "Parties"), by and through their respective counsel of record, file this stipulation to continue the Initial Case Management Conference currently set for October 15, 2013 at 2:00 p.m.

WHEREAS, on August 27, 2013, this Court set an Initial Case Management Conference for October 15, 2013 at 2:00 p.m.;

WHEREAS, the Court's August 27, 2013 Case Management Conference Order and N.D. Local Rule 16-10(a) require lead trial counsel for each party to attend the Initial Case Management Conference;

WHEREAS, Robert Jon Hendricks is lead trial counsel for PMA in this matter;

WHEREAS, Mr. Hendricks is lead trial counsel in another matter in which a two-week jury trial is scheduled to begin on or around October 1, 2013;

WHEREAS, Mr. Hendricks is unable to attend the Initial Case Management Conference in this matter because of this directly conflicting trial date;

WHEREAS, N.D. Local Rule 16-2 permits the Parties to seek relief from the Court's case management schedule by stipulating to change the date of any case management conference;

WHEREAS, counsel for the Parties have engaged in the Rule 26(f) early meeting of counsel; and

WHEREAS, during the Rule 26(f) early meeting of counsel the Parties conferred regarding a proposed new date for the Initial Case Management Conference in this matter and Plaintiff, ILWU, and ILWU Local 10 do not oppose a continuance of the Initial Case Management Conference.

///

///

///

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

PMA_Alexander - Jt Stip

2

STIPULATION AND ORDER CONTINUING DATE OF INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 13-3296 WHO

///

THEREFORE, the Parties STIPULATE to request that the Court continue the Initial Case Management Conference, currently set for October 15, 2013, to October 22, 2013 at 2:00 p.m.

IT IS SO STIPULATED.

Dated:   LEVY VINICK BURRELL HYAMS LLP
THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER


By _____
  Jean K. Hyams
  Claudia Center
  Jinny Kim
  Attorneys for Plaintiff
  Stephanie Alexander

Dated:   MORGAN, LEWIS & BOCKIUS LLP
CLIFFORD D. SETHNESS
ROBERT JON HENDRICKS
LARRY M. LAWRENCE


By _____
  Robert Jon Hendricks
  Attorney for Defendant
  Pacific Maritime Association

Dated:   SCHWERIN CAMPBELL BARNARD
IGLITZIN & LAVITT LLP
ROBERT H. LAVITT


By _____
  Robert H. Lavitt
  Jennifer Robbins
  Attorney for Defendants
  International Longshore and Warehouse
  Union and ILWU Local 10

PURSUANT TO STIPULATION, IT IS SO ORDERED.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

PMA_Alexander - Jt Stip

3

STIPULATION AND ORDER CONTINUING
DATE OF INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. CV 13-3296 WHO

1

2  Dated: September 30, 2013

_____
The Honorable William H. Orrick
United States District Court Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

PMA_Alexander - Jt Stip

4

STIPULATION AND ORDER CONTINUING
DATE OF INITIAL CASE MANAGEMENT
CONFERENCE
CASE NO. CV 13-3296 WHO