Jean Hyams, State Bar No. 144425
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone:  (510) 318-7703
Facsimile:  (510) 318-7701
E-mail:  jean@levyvinick.com

Claudia Center, State Bar No. 158255
Jinny Kim, State Bar No. 208953
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery St, Suite 600
San Francisco, CA  94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mails:  center@las-elc.org; jkim@las-elc.org

Attorneys for Plaintiffs
Stephanie Alexander and the putative class

Defendants' Counsel Listed on Next Page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE ALEXANDER, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PACIFIC MARITIME ASSOCIATION, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION INTERNATIONAL, and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 10, | Case No.: C13-3296 WHO<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS** |

*Stephanie Alexander v. Pacific Maritime Association, et al.*
STIPULATION AND ORDER SELECTING ADR PROCESS
Case. No.: C13-3296 WHO

Page 1

Robert Jon Hendricks (SBN 179751)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
Email:  rhendricks@morganlewis.com

Clifford D. Sethness (SBN 212975)
Larry M. Lawrence (SBN 232720)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501
Email:  llawrence@morganlewis.com

Attorneys for Defendant
Pacific Maritime Association

Gillian B. Goldberg (SBN 245662)
HOLGUIN, GARFIELD, MARTINEZ & QUIÑONEZ, APLC
800 West Sixth Street, Suite 950
Los Angeles, California 90017
Telephone: (213) 623-0170
Facsimile:  (213) 623-0171
Email: ggoldberg@hgmq.org

Robert H. Lavitt (WA State Bar No. 27758) (*pro hac vice*)
Jennifer L. Robbins (WA State Bar No. 40861) (*pro hac vice*)
SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT, LLP
18 West Mercer Street, Suite 400
Seattle, WA 98119
Telephone:  (206) 257-6004
Facsimile:  (206) 257-6039
Emails:  lavitt@workerlaw.com; robbins@workerlaw.com

Attorneys for Defendants
International Longshore and Warehouse Union and
International Longshore and Warehouse Union Local 10

*Stephanie Alexander v. Pacific Maritime Association, et al.*
STIPULATION AND ORDER SELECTING ADR PROCESS
Case. No.:  C13-3296 WHO

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:  Private mediation.  The parties have not yet selected a mediator.  The parties require some discovery and exchange of information prior to mediation.

The parties agree to hold the ADR session by:  January 15, 2014.

Dated:  October 4, 2013        LEVY VINICK BURRELL HYAMS LLP
                               Jean K. Hyams

                               By:    /s/ Jean Hyams
                                      Jean K. Hyams
                                      Attorneys for Plaintiffs

Dated:  October 4, 2013        THE LEGAL AID SOCIETY –
                               EMPLOYMENT LAW CENTER
                               Claudia Center
                               Jinny Kim

                               By:    /s/ Claudia Center
                                      Claudia Center
                                      Attorneys for Plaintiffs

Dated:  October 4, 2013        MORGAN, LEWIS & BOCKIUS LLP
                               Clifford D. Sethness
                               Robert Jon Hendricks
                               Larry M. Lawrence

                               By:    /s/ Larry Lawrence
                                      Larry Lawrence
                                      Attorneys for Defendant Pacific Maritime Association

Dated:  October 4, 2013        HOLGUIN, GARFIELD, MARTINEZ & QUIÑONEZ, APLC
                               Gillian B. Goldberg

                               By:    /s/ Gillian Goldberg
                                      Gillian B. Goldberg
                                      Attorneys for Defendants ILWU and ILWU Local 10

*Stephanie Alexander v. Pacific Maritime Association, et al.*
STIPULATION AND ORDER SELECTING ADR PROCESS
Case. No.:  C13-3296 WHO

| | |
|---|---|
| Dated:  October 4, 2013 | SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT, LLP<br>Robert H. Lavitt<br>Jennifer L. Robbins |
| | By:   /s/ Robert H. Lavitt<br>         Robert H. Lavitt<br>         Attorneys for Defendants ILWU and ILWU Local 10 |

**ORDER**

☒  The parties' stipulation is adopted and IT IS SO ORDERED.

☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated:   October 10    , 2013         UNITED STATES DISTRICT JUDGE

By:  *[signature]*

*Stephanie Alexander v. Pacific Maritime Association, et al.*
STIPULATION AND ORDER SELECTING ADR PROCESS
Case. No.:  C13-3296 WHO

Page 4