Jean Hyams, State Bar No. 144425
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Telephone: (510) 318-7703
Facsimile: (510) 318-7701
E-mail: jean@levyvinick.com

Jinny Kim, State Bar No. 208953
THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
180 Montgomery St, Suite 600
San Francisco, CA  94104
Phone: (415) 864-8848
Facsimile: (415) 593-0096
E-mails: jkim@las-elc.org

Attorneys for Plaintiff Stephanie Alexander

Defendants' Counsel Listed on Next Page

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC MARITIME ASSOCIATION, INTERNATIONAL LONGSHORE AND WAREHOUSE UNION INTERNATIONAL, and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 10, | Case No.: C13-3296  VC<br><br>**STIPULATION DISMISSING CLASS ALLEGATIONS AND [PROPOSED] ORDER** |

Robert Jon Hendricks (SBN 179751)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel.:  (415) 442-1000
Fax:  (415) 442-1001
Email:  rhendricks@morganlewis.com

Clifford D. Sethness (SBN 212975)
Larry M. Lawrence (SBN 232720)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
Email:  llawrence@morganlewis.com

Attorneys for Defendant
Pacific Maritime Association

Gillian B. Goldberg (SBN 245662)
HOLGUIN, GARFIELD, MARTINEZ & QUIÑONEZ, APLC
800 West Sixth Street, Suite 950
Los Angeles, California 90017
Telephone: (213) 623-0170
Facsimile:   (213) 623-0171
Email: *ggoldberg@hgmq.org*

Robert H. Lavitt (WA State Bar No. 27758) (*pro hac vice*)
Jennifer L. Robbins (WA State Bar No. 40861) (*pro hac vice*)
SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT, LLP
18 West Mercer Street, Suite 400
Seattle, WA 98119
Tel: 206-257-6004
Fax: 206-257-6039
Emails:  lavitt@workerlaw.com; robbins@workerlaw.com

Attorneys for Defendants
International Longshore and Warehouse Union and
International Longshore and Warehouse Union Local 10

1    WHEREAS, Plaintiff Alexander filed a class action Complaint with this Court on July 16, 2013 alleging that she and a class of similarly situated persons were denied equal employment opportunities as a result of Defendants' policy and practice which excludes applicants based on disability (Docket 1);

WHEREAS, Judge Orrick's October 22, 2013 Civil Minutes required Plaintiff to file a motion for class certification by May 14, 2014 (Docket 30);

WHEREAS, the parties have been in settlement discussions since February 2014.  During the course of settlement, Defendants provided information and documents stating the number of people who are similarly situated to Plaintiff and have been affected by Defendants' policies and practices;

WHEREAS, based on the information provided by Defendants, Plaintiff no longer believed that she could establish numerosity to support a class action;

WHEREAS, in the Joint Case Management Statement filed with this Court on May 1, 2014, Plaintiff stated that she will not be filing a motion for class certification because of information produced during discovery regarding the number of similarly situated individuals (Docket 38);

THEREFORE, the parties stipulate and agree that the class action allegations contained in Plaintiff's Complaint are hereby dismissed.

Respectfully submitted,

Dated:  June 30, 2014                LEVY VINICK BURRELL HYAMS LLP
                                     Jean K. Hyams


                                     By: /s/ Jean Hyams                    _____
                                         Jean K. Hyams
                                         Attorneys for Plaintiffs

Dated:  June 30, 2014                THE LEGAL AID SOCIETY –
                                        EMPLOYMENT LAW CENTER
                                     Jinny Kim


                                     By: /s/ Jinny Kim                   
                                         JINNY KIM
                                         Attorneys for Plaintiffs

Dated: June 30, 2014            MORGAN, LEWIS & BOCKIUS LLP
                                    Clifford D. Sethness
                                    Robert Jon Hendricks
                                    Larry M. Lawrence


                                By: /s/ Robert Jon Hendricks
                                    ROBERT JON HENDRICKS
                                    Attorneys for Defendant Pacific Maritime Association

Dated: June 30, 2014            HOLGUIN, GARFIELD, MARTINEZ & QUIÑONEZ, APLC
                                    Gillian B. Goldberg


                                By: /s/ Gillian Goldberg
                                    GILLIAN B. GOLDBERG
                                    Attorneys for Defendants ILWU and ILWU Local 10

Dated: June 30, 2014            SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT, LLP
                                    Robert H. Lavitt
                                    Jennifer L. Robbins


                                By: /s/ Robert H. Lavitt
                                    ROBERT H. LAVITT
                                    Attorneys for Defendants ILWU and ILWU Local 10

## ORDER

Good cause appearing, **IT IS SO ORDERED.**


Dated: July  9 , 2014           By: _____
                                    The United States District Judge

IT IS SO ORDERED
Judge Vince Chhabria

4

Stipulation Dismissing Class Allegations and [Proposed] Order
Case. No.: C13-3296 VC

     Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

Dated:  June 30, 2014                    THE LEGAL AID SOCIETY –
                                              EMPLOYMENT LAW CENTER
                                              Jinny Kim

                                   By:      /s/  Jinny Kim
                                              Jinny Kim
                                              Attorneys for Plaintiff