1  Jean Hyams, State Bar No. 144425
   LEVY VINICK BURRELL HYAMS LLP
2  180 Grand Avenue, Suite 1300
3  Oakland, CA 94612
   Telephone: (510) 318-7703
4  Facsimile: (510) 318-7701
   E-mail: jean@levyvinick.com
5

6  Claudia Center, State Bar No. 158255
   Jinny Kim, State Bar No. 208953
7  THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
   180 Montgomery St, Suite 600
8  San Francisco, CA 94104
   Phone: (415) 864-8848
9  Facsimile: (415) 593-0096
10 E-mails: center@las-elc.org; jkim@las-elc.org

11 Attorneys for Plaintiff Stephanie Alexander

12 Defendants' Counsel Listed on Next Page

13

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16

17 STEPHANIE ALEXANDER, on behalf of          Case No.: C13-3296 VC
   herself and all others similarly situated,
                                              **STIPULATION FOR DISMISSAL**
18              Plaintiffs,                   **AND ~~PROPOSED~~ ORDER**

19      v.

20 PACIFIC MARITIME ASSOCIATION,
   INTERNATIONAL LONGSHORE AND
21 WAREHOUSE UNION INTERNATIONAL,
   and INTERNATIONAL LONGSHORE AND
22 WAREHOUSE UNION LOCAL 10,

23

24

25

26

27                                    1
                     STIPULATION FOR DISMISSAL AND PROPOSED ORDER
28                                Case. No.: C13-3296 VC

DB2/ 25146087.1

1  Robert Jon Hendricks (SBN 179751)
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel.:  (415) 442-1000
   Fax:  (415) 442-1001
4  Email:  rhendricks@morganlewis.com

5

6  Clifford D. Sethness (SBN 212975)
   Larry M. Lawrence (SBN 232720)
   MORGAN, LEWIS & BOCKIUS LLP
7  300 South Grand Avenue
   Twenty-Second Floor
8  Los Angeles, CA  90071-3132
   Tel:  213.612.2500
9  Fax:  213.612.2501
   Email:  llawrence@morganlewis.com
10

11 Attorneys for Defendant
   Pacific Maritime Association
12

13 Gillian B. Goldberg (SBN 245662)
   HOLGUIN, GARFIELD, MARTINEZ & QUIÑONEZ, APLC
14 800 West Sixth Street, Suite 950
   Los Angeles, California 90017
15 Telephone:  (213) 623-0170
   Facsimile:    (213) 623-0171
16 Email: *ggoldberg@hgmq.org*

17 Robert H. Lavitt (WA State Bar No. 27758) (*pro hac vice*)
   Jennifer L. Robbins (WA State Bar No. 40861) (*pro hac vice*)
18 SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT, LLP
   18 West Mercer Street, Suite 400
19 Seattle, WA 98119
   Tel: 206-257-6004
20 Fax: 206-257-6039
21 Emails:  lavitt@workerlaw.com; robbins@workerlaw.com

22 Attorneys for Defendants
23 International Longshore and Warehouse Union and
   International Longshore and Warehouse Union Local 10

24

25

26

27
                              2
   STIPULATION FOR DISMISSAL AND PROPOSED ORDER
28            Case. No.:  C13-3296 VC

DB2/ 25146087.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE

All parties to this action, through their respective attorneys, hereby STIPULATE as follows:

The parties have executed a settlement agreement that resolves all of Plaintiff's claims. The parties therefore request that the Court dismiss this action with prejudice.

I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Respectfully submitted,

Dated: August 14, 2014          LEVY VINICK BURRELL HYAMS LLP

                                           By: /s/ Jean Hyams
                                           Jean K. Hyams
                                           Attorneys for Plaintiffs

Dated: August 14, 2014          THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

                                           By: /s/ Jinny Kim
                                           JINNY KIM
                                           Attorneys for Plaintiffs

Dated: August 14, 2014          MORGAN, LEWIS & BOCKIUS LLP

                                           By: /s/ Robert Jon Hendricks
                                           ROBERT JON HENDRICKS
                                           Attorneys for Defendant Pacific Maritime Association

Dated: August 14, 2014          HOLGUIN, GARFIELD, MARTINEZ & QUIÑONEZ, APLC

                                           By: /s/ Gillian Goldberg
                                           GILLIAN B. GOLDBERG
                                           Attorneys for Defendants ILWU and ILWU Local 10

Dated: August 14, 2014          SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT, LLP

                                           By: /s/ Robert H. Lavitt
                                           ROBERT H. LAVITT
                                           Attorneys for Defendants ILWU and ILWU Local 10

3
STIPULATION FOR DISMISSAL AND PROPOSED ORDER
Case. No.: C13-3296 VC

DB2/ 25146087.1

## ORDER

Pursuant to the above STIPULATION of the parties, this action is hereby DISMISSED WITH PREJUDICE.

Dated: August 15, 2014

_____
Hon. Vince Chhabria
United States District Judge

4
STIPULATION FOR DISMISSAL AND PROPOSED ORDER
Case. No.: C13-3296 VC

DB2/ 25146087.1